UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ULYSSES LEWIS,**

      **Plaintiff,**

v.                                                Case No:  6:20-cv-647-Orl-37DCI

**U.S. ANESTHESIA PARTNERS, INC.
and ROBERT HALF
INTERNATIONAL, INC.,**

      **Defendants.**

## REPORT AND RECOMMENDATION

This cause comes before the undersigned *sua sponte* because Plaintiff failed to comply with the undersigned's October 23, 2020 Order to Show Cause. Doc. 39. On October 21, 2020, the undersigned conducted a hearing to consider Plaintiff's attorneys' motion to withdraw as counsel. Plaintiff did not appear at the hearing despite the undersigned's directive to do so. Plaintiff was previously warned that the failure to appear could result in the imposition of sanctions including dismissal. Doc. 30.

Accordingly, on October 23, 2020, the undersigned issued an Order directing Plaintiff to show cause in writing why he should not be sanctioned for failure to attend the hearing. Doc. 39. The Court warned Plaintiff that the failure to comply could result in the dismissal of this case for failure to prosecute. *Id*. Plaintiff has not responded to the Order to Show Cause and the time for doing so has elapsed.

Based on the foregoing, the undersigned **RECOMMENDS** that this case be dismissed without prejudice for failure to prosecute.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida on November 16, 2020.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties