UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ULYSSES LEWIS,

    Plaintiff,

v.                                                 Case No. 6:20-cv-647-Orl-37DCI

U.S. ANESTHESIA PARTNERS, INC.;
and ROBERT HALF
INTERNATIONAL, INC.,

    Defendants.

## ORDER

Plaintiff sued Defendants for violations of the Americans with Disabilities Act. (*See* Docs. 1, 24.) When Plaintiff's counsel withdrew, U.S. Magistrate Judge Daniel C. Irick advised Plaintiff of the responsibilities of *pro se* litigants. (Doc. 39, ¶¶ 4–7.) Judge Irick also ordered Plaintiff to show cause why he should not be sanctioned, including dismissal, for failure to attend a hearing in the case. (Doc. 39 ("**Show Cause Order**").) Plaintiff didn't respond to the Show Cause Order, so Judge Irick recommends dismissing the case for failure to prosecute. (Doc. 41 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 41) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. Plaintiff's Amended Complaint (Doc. 24) is **DISMISSED WITHOUT PREJUDICE** for want of prosecution under Local Rule 3.10. If Plaintiff wishes to further pursue his claims, he must initiate a new action.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 7, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party